IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Angelo F Hatcher | ) | |
| 3004 Claudia Drive | ) | Case No: 16-10037-SDB |
| Augusta, GA 30906 | ) | |
| | ) | |

Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION**

    COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

    The specific deficiency is:

1. Operating reports are needed.

    WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

    This 11th day of February 2016.

/s/ Jordan Gillman Dinos
Jordan Gillman Dinos, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 379255

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 11th day of February 2016.

/s/ John Eckert
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Ward & Spires LLC
Attorney At Law
P O Box 1493
Augusta, GA 30903