IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
| | ) | CASE NO.: 16-10037-SDB |
| ANGELO F. HATCHER, | ) | |
|     Debtor. | ) | |

## OBJECTION TO CONFIRMATION OF AMENDED PLAN

Willie Mae Jackson ("Ms. Jackson") objects to the proposed Amended Chapter 13 Plan (the "proposed Plan") herein filed on January 28, 2016 on the following grounds:

(1) Debtor has failed to schedule Ms. Jackson as a creditor and the Plan does not account for Ms. Jackson as a creditor;

(2) Debtor has proposed the Plan in bad faith; and

(3) Debtor filed his petition in bad faith.

This 28th day of February, 2016.

                                                        /s/ Nathan E. Huff
                                                        Nathan E. Huff
                                                        Ga. Bar No. 773611
                                                        Attorney for Willie Mae Jackson
                                                        nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record and I certify that the foregoing has been deposited in the U.S. Mail addressed as follows with sufficient postage affixed thereto:

    Chapter 13 Trustee
    PO Box 2127
    Augusta, GA 30903

This 28th/29th day of February, 2016.                  /s/ Nathan E. Huff
                                                                          Nathan E. Huff