IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
| | ) | CASE NO.: 16-10037-SDB |
| ANGELO F. HATCHER, | ) | |
|    Debtor. | ) | |

## SECOND AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Willie Mae Jackson's Objection to Confirmation of Amended Plan (Doc. No. 23) have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below. Such electronic service was perfected on February 28th. The undersigned is sending via first-class mail of said Objection this 31st day of March, 2016 to those listed below.

Ward & Spires LLC
Attorney At Law
P O Box 1493
Augusta, GA 30903

Chapter 13 Trustee
PO Box 2127
Augusta, GA 30903

                                          /s/ Nathan E. Huff
                                          Nathan E. Huff
                                          Ga. Bar No. 773611
                                          Attorney for Creditor
                                          nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
| | ) | CASE NO.: 16-10037-SDB |
| ANGELO F. HATCHER, | ) | |
|    Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies hereby certifies the Second Amended Certificate of Service has been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below.

Ward & Spires LLC
Attorney At Law
 P O Box 1493
Augusta, GA 30903

Chapter 13 Trustee
PO Box 2127
Augusta, GA 30903

                                                       /s/ Nathan E. Huff
                                                     Nathan E. Huff
                                                     Ga. Bar No. 773611
                                                     Attorney for Creditor
                                                     nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104